Kevin D. Sawyer, P-22673
San Quentin State Prison, 2-W-95-U
San Quentin, CA 94974



FILED
2016 MAY -6 P 3: 30
SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN DEROI SAWYER,               )
                                  )
         Plaintiff,               )  CASE NO. 15-cv-00220-JD
                                  )
    v.                            )  **DECLARATION OF FACTS**
                                  )
KEVIN R. CHAPPELL, et al.,        )  Hon. James Donato
                                  )
         Defendants.              )
_____)

I, Kevin D. Sawyer, declare:

1. I am the self-represented plaintiff in this case. I am incarcerated at San Quentin State Prison, in the County of Marin, California.

2. On January 8, 2015, I filed a 42 U.S.C. § 1983 civil rights complaint against prison officials, Chappell, McDonald, Cavagnolo, Foss, Tate, Curzon, and Beard.

3. On July 29, 2015, the court dismissed my complaint, without prejudice, and gave me leave to amend the complaint within twenty eight (28) days.

4. On August 25, 2015, I mailed the first amended complaint to the court for filing.

5. On January 7, 2016, the court issued an order of service.

- 1 -

In that correspondence there was nothing else included. The court did not mail me the summons and the forms. Because the court has not mailed me the summons I am unable to effect service on the defendants.

6. On March 24, 2016, I wrote the court to request the court issue me the summons to complete service.

7. I am not trained in the law and therefore must rely on the assistance of other pro se litigants for help and advice in an effort to not delay this case.

8. Attached is a copy of the March 24, 2016 letter I mailed to the court (Exhibit 1). As of this writing I have not received a response from the clerk of the court.

9. For these reasons, I respectfully request the court to grant me an enlargement of time of 90 days to and including August 1, 2016.

10. I declare under penalty of perjury that the foregoing is true and correct, and that this declaration is executed on May 3, 2016, at San Quentin, California.

Dated: May 3, 2016

Kevin D. Sawyer
Declarant

# EXHIBIT 1

Sawyer v. Chappell, Case No. 15-CV-00220-JD

Kevin D. Sawyer, P-22673
San Quentin State Prison, 2-W-95-U
San Quentin, CA 94974

March 24, 2016

Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

Via U.S. Mail

Re: *Sawyer v. Chappell*, Northern District Court of California, Case No. 15-CV-00220-JD

Dear Court Clerk:

I am the plaintiff in the above titled case. On January 7, 2016 your office mailed to me an Order of Service. However, I did not receive the USM 285 form(s) that I need to effect service on the defendants, if in fact this is what I must do instead of the court.

Please send me the required forms to complete the process of serving the defendants. In the Order of Service, the court's conclusion states: "The clerk shall issue a summons and the United States Marshal shall serve without prepayment of fees, copies of the amended complaint with attachments and copies of this order…" (4:27-28)

The court did not indicate that I am must serve the defendants. Other than the Certificate of Service, all I received was the Order of Service. I am requesting the court to send me all documents the court deems necessary for me to properly prosecute this case and any other order of further proceedings instructing me on what the court's procedures are moving forward.

Thank you for your time and attention to this matter.

Sincerely,