UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DEROI SAWYER,<br><br>    Plaintiff,<br><br>v.<br><br>CHRIS MACDONALD, et al.,<br><br>    Defendants. | Case No. 15-cv-00220-JD<br><br>**ORDER GRANTING EXTENSION AND TO SEND PLAINTIFF TWO SUBPOENAS**<br><br>Re: Dkt. No. 50 |

GOOD CAUSE APPEARING, it is hereby ordered that plaintiff's motion for an extension (Docket No. 50) is **GRANTED**. Plaintiff has until **May 5, 2017**, to provide more information to serve the outstanding defendants.

**The Clerk shall send plaintiff two document subpoena forms** (subpoena duces tecum) and plaintiff may choose to use them. If he uses them, plaintiff should fill out the subpoenas and return them to the Court as soon as possible so that the Clerk may issue the subpoena and the Marshal may serve it on the subpoenaed party. Plaintiff needs to fill in all of the necessary information, but must leave the signature line blank so that the Clerk may sign it. This is because as a pro se litigant, plaintiff needs the Court's Clerk to issue a subpoena. Fed. R. Civ. P. 45(a)(3).

**IT IS SO ORDERED.**

Dated: February 24, 2017

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DEROI SAWYER,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRIS MACDONALD, et al.,<br><br>    Defendants. | Case No.  15-cv-00220-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 24, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kevin DeRoi Sawyer
P22673
San Quentin State Prison
San Quentin, CA 94974

Dated: February 24, 2017

                                  Susan Y. Soong
                                  Clerk, United States District Court

                                By: /s/ Lisa R. Clark
                                LISA R. CLARK, Deputy Clerk to the
                                Honorable JAMES DONATO