United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN DEROI SAWYER,

        Plaintiff,

    v.

CHRIS MACDONALD, et al.,

        Defendants.

Case No. 15-cv-00220-JD

**JUDGMENT**

      Pursuant to the order of dismissal signed today, judgment is entered against plaintiff.  He shall take nothing by way of his complaint.

      **IT IS SO ORDERED.**

Dated:  August 17, 2017

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN DEROI SAWYER,

      Plaintiff,

    v.

CHRIS MACDONALD, et al.,

      Defendants.

Case No.  15-cv-00220-JD

**CERTIFICATE OF SERVICE**

     I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

     That on August 17, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kevin DeRoi Sawyer
P22673
San Quentin State Prison
San Quentin, CA 94974

Dated: August 17, 2017

Susan Y. Soong
Clerk, United States District Court

By:
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO