UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DEROI SAWYER,<br><br>Plaintiff,<br><br>v.<br><br>CHRIS MACDONALD, et al.,<br><br>Defendants. | Case No. 15-cv-00220-JD<br><br>**ORDER**<br><br>Re: Dkt. No. 67 |

Plaintiff, a state prisoner, proceeds with a pro se civil rights complaint under 42 U.S.C. § 1983. Plaintiff raised claims regarding the seizure of notes and various publications and retaliation for filing a grievance. Defendant filed a motion for summary judgment that was granted, and the case was closed. The Ninth Circuit reversed and remanded, finding that plaintiff should be allowed to seek further discovery, the seized materials must be reviewed for the motion for summary judgment and plaintiff presented enough evidence of retaliation to survive summary judgment. *See Sawyer v. MacDonald*, No. 17-16846 (9th Cir. April 19, 2019).

The judgement in this case (Docket No. 67) is **VACATED**. Within **28 days** of service of this order, plaintiff should file a statement describing the discovery he seeks. Within **14 days** after the statement is filed, defendants may object to the proposed discovery. The Court will then issue an order specifying the scope of discovery and the time for producing it to plaintiff. A further scheduling order will be issued after discovery is completed.

**IT IS SO ORDERED.**

Dated: June 4, 2019

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DEROI SAWYER,<br>Plaintiff,<br>v.<br>CHRIS MACDONALD, et al.,<br>Defendants. | Case No. 15-cv-00220-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 4, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kevin DeRoi Sawyer
P22673
San Quentin State Prison
San Quentin, CA 94974

Dated: June 4, 2019

                                                      Susan Y. Soong
                                                    Clerk, United States District Court

By: /s/ Lisa R. Clark
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO