| | |
|---|---|
| Xavier Becerra<br>Attorney General of California<br>Sharon A. Garske<br>Supervising Deputy Attorney General<br>Bryan Kao<br>Deputy Attorney General<br>State Bar No. 240242<br> 455 Golden Gate Avenue, Suite 11000<br> San Francisco, CA  94102-7004<br> Telephone:  (415) 510-3579<br> Fax:  (415) 703-5843<br> E-mail:  Bryan.Kao@doj.ca.gov<br>*Attorneys for Defendants*<br>*Richard Cavagnolo* | Paul Hoffman<br>State Bar No. 071244<br>Schonbrun Seplow Harris & Hoffman LLP<br>200 Pier Ave., Ste 226<br>Hermosa Beach, CA  90254<br>Tel.   (310) 717-7373<br>Fax.   (310) 396-0731<br>Email.  hoffpaul@aol.com<br>*Attorneys for Plaintiff*<br>*Kevin Sawyer* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **KEVIN DEROI SAWYER,**<br><br>                                                      Plaintiff,<br><br>     v.<br><br>**KEVIN R. CHAPPELL, et al.,**<br><br>                                                      Defendants. | 15-cv-00220-JD<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>**(Fed. R. Civ. P. 41(a)(1)(A)(ii))** |

Plaintiff Kevin Sawyer and Defendant R. Cavagnolo have settled this case in its entirety.  In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to a dismissal of the entire action with prejudice.  The filing of this stipulation automatically terminates this action.

/ / /

/ / /

/ / /

1   Each party shall bear their own costs and attorney fees in connection with this action.

2   It is so stipulated.

3   Dated:  January 13, 2020                         */s/ Paul Hoffman*
                                                     Paul Hoffman
4                                                    *Attorneys for Plaintiff Kevin Sawyer*

8   Dated: January 13, 2020                          */s/ Bryan Kao*
                                                     Bryan Kao
9                                                    Deputy Attorney General
10                                                   California Attorney General's Office
                                                     *Attorneys for Defendant R. Cavagnolo*

    I attest that concurrence in the filing of this document has been obtained from Plaintiff's counsel, which shall serve in lieu of his signature on the document.

    Dated: January 13, 2020                          /s/ Bryan Kao
15                                                   BRYAN KAO
                                                     Deputy Attorney General
16                                                   *Attorneys for Defendant R. Cavagnolo*

**IT IS SO ORDERED.**

22  Dated: _____           _____
                                                     The Honorable James Donato
23                                                   United States District Judge

25  SF2016400567
    21731612.docx

2

Stip. & [Proposed] Order Voluntary Dismissal (15-cv-00220-JD)

# CERTIFICATE OF SERVICE

Case Name: ***Sawyer, Kevin v. K. Chappell, et al.***   No. **15-cv-00220-JD**

I hereby certify that on <u>January 13, 2020</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE (Fed. R. Civ. P. 41(a)(1)(A)(ii))**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>January 13, 2020</u>, at San Francisco, California.

| N. Codling | */s/ N. Codling* |
|---|---|
| Declarant | Signature |

SF2016400567
21773352.docx